*as approved as to form 9/21/10*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**In the Matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)
the following DEA Exhibits:

Cellular Telephones more fully described in
Attachment A

**FILED**

SEP 2 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

**CASE NUMBER:** 1 0 SW 0 0 0 2 3 6    DLB

I DEA Special Agent Anthony Ward   **being duly sworn depose and say:**
**I am a** Special Agent with the Drug Enforcement Administration **and have reason to believe**
**that on the person of or on the property or premises known as:**

SEE ATTACHMENT A, attached hereto and incorporated herein by reference,

**in the Eastern District of California there is now concealed a certain person or property, namely**

SEE ATTACHMENT B, attached hereto and incorporated herein by reference,

**which is evidence of the commission of criminal offenses, and fruits, instrumentalities, and proceeds of such offenses,**

**concerning violations of Title** 21  **United States Code, Section(s)** 841 (a) (1) and 846
**The facts to support a finding of Probable Cause are as follows:**

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**   **X** Yes    __ No

Anthony R. Ward, Special Agent, DEA

**Sworn to before me, and subscribed in my presence**

9/21/10 @ 12:45 Pm
Date and Time Issued

**at**   Fresno, CA
City and State

Honorable Dennis L. Beck
United States Magistrate Judge
Name & Title of Judicial Officer

_Signature of Judicial Officer

## **ATTACHMENT A**

The following cellular telephones seized from the individual and/or individual's residence identified below:

A.      PENALOZA, Mario – (silver/black) Motorola Boost Mobile cellular telephone bearing

cellular telephone number (559) 898-8520, Model: i856 with serial number:

364VKW4D60, subscribed to Mario PENALOZA, P.O. Box 54988, Irvine, CA.1

B.      BUCIO-MENDOZA, Jesus – (silver/black) Motorola Boost Mobile cellular telephone

bearing cellular telephone number (559) 286-2898, Model: i856 with serial number:

364VKY7FR3, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

C.      MARTINEZ-BOTELLO, Mario – (black) Motorola Boost Mobile cellular telephone

bearing cellular telephone number (559) 286-2887, Model: i855 with serial number:

364VHY78XN, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

D.      TOLEDO, Armando – (silver) Sony-Ericsson "AT&T" cellular telephone bearing cellular

telephone number (559) 393-9015, with serial number: BD3300X3W7. (Subscriber

information not currently available.)

E.      LOPEZ-ESTRADA, Javier – (black) Motorola Boost Mobile cellular telephone bearing

telephone number (209) 495-3523, Model: i465 with serial number: 364VKQV2NY,

subscribed to Javier ESTRADA.

F.      Unknown subscriber/telephone number – (silver/red) Sony-Ericsson "Cybershot" cellular

---

1 Pertinent subscriber information and cellular telephone numbers assigned to the cellular telephones described
herein are derived from subpoenaed business records from the applicable service provider for the time frame of May
3, 2010, to June 2, 2010, which encompasses the dates of the charged drug conspiracy, i.e., beginning at a time
unknown to no later than May 12, 2010, and continuing to on or about May 26, 2010.  The address of P.O. Box
54988, Irvine, CA is the default address for Boost Mobile.

telephone, with serial number: BX900LJLFS

G.     Unknown subscriber/telephone number – (grey/silver) Blackberry "AT&T" cellular

telephone, with IMEI: 351961022783862.

All of which were seized pursuant to the arrests of Mario PENALOZA, Jesus BUCIO-
MENDOZA, Mario MARTINEZ-BOTELLO, Armando TOLEDO, Javier LOPEZ-ESTRADA
and the service of a California state search warrant on PENALOZA's residence on May 26, 2010.

The foregoing items are currently in the custody of the Fresno Resident Office of the Drug
Enforcement Administration where they were booked into evidence following their seizure in
this case.

## ATTACHMENT B

Evidence of narcotics trafficking, including, but not limited to, information tending to establish and document the existence of distribution of methamphetamine, possession with intent to distribute methamphetamine, and a conspiracy between Mario PENALOZA, Jesus BUCIO-MENDOZA, Mario MARTINEZ-BOTELLO, Armando TOLEDO, Javier LOPEZ-ESTRADA, and other co-conspirators, not yet known, to distribute and to possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841 (a) (1) and 846, beginning no later than on or about May 12, 2010, and continuing to on or about May 26, 2010, including, but not limited to:

1. Any and all available information of the most recent numbers, including, but not limited to, the number (714) 657-0888, the number assigned to the phone of Oliver. Medina-Cruz discussed in the affidavit, dialed between the above time frame, including, but not limited to, the date and time of the call, which tends to show the above described conspiracy.

2. Any and all available caller ID information from incoming calls between the above time frame, including, but not limited to, the date and time of any call, which tends to show the above described conspiracy.

3. Any and all available voice mail messages between the above time frame, including, but not limited to, the date and time of the call, which tends to show the above described conspiracy.

4. Any and all available text messages and/or instant messaging between the above time frame, including, but not limited to, the date and time of the call, which tends to show

the above described conspiracy.

5.  Any and all available telephone numbers and information stored as part of an
    electronic telephone book, including, but not limited to, the number (714) 657-0888,
    the number assigned to the phone of Oliver Medina-Cruz discussed in the affidavit,
    which tends to show the above described conspiracy.

6.  Any and all available photographs and/or videos saved on the telephones which depict
    the charged co-conspirators, an association between co-conspirators, charged and
    uncharged, controlled substances, stash houses, scales, currency, firearms, and other
    evidence of drug trafficking.

7.  The mobile directory numbers (MDN) or telephone numbers assigned to the cellular
    telephones seized and identified in Attachment A.

## AFFIDAVIT OF SPECIAL AGENT ANTHONY R. WARD IN SUPPORT OF APPLICATION FOR SEACH WARRANT

I, Anthony R. Ward, being duly sworn, do hereby depose and state:

1.      I am a Special Agent for the Drug Enforcement Administration (DEA), assigned to the Fresno Resident Office, and have been so employed for approximately 5 years. I received sixteen weeks of training in narcotics investigations at the DEA Justice Training Center in Quantico, Virginia. I have worked as a case agent and assisted other agents and officers in their investigations on cases involving violations of Title 21 of the United States Code, specifically including the manufacture and distribution of marijuana, methamphetamine, heroin, cocaine, oxycodone, and ecstasy. I have testified before several federal grand jury panels. Through my training and experience, I have become acquainted with the identification of various controlled substances and the various methods used by these persons to manufacture, possess, transport, and sell controlled substances.

2.      This affidavit is made in support of the issuance of a search warrant to search the memory of the following cellular telephones (seized from individuals identified below) for evidence of violations of Title 21, United States Code, Sections 841 (a) (1) and 846:

A.      PENALOZA, Mario – (silver/black) Motorola Boost Mobile cellular telephone bearing cellular telephone number (559) 898-8520, Model: i856 with serial number: 364VKW4D60, subscribed to Mario PENALOZA, P.O. Box 54988, Irvine, CA.1

---

1 Pertinent subscriber information and cellular telephone numbers assigned to the cellular telephones described herein are derived from subpoenaed business records from the applicable service provider for the time frame of May 3, 2010, to June 2, 2010, which encompasses the dates of the charged drug conspiracy, i.e., beginning at a time unknown to no later than May 12, 2010, and continuing to on or about May 26, 2010. The address of P.O. Box

B.    BUCIO-MENDOZA, Jesus – (silver/black) Motorola Boost Mobile cellular telephone
      bearing cellular telephone number (559) 286-2898, Model: i856 with serial number:
      364VKY7FR3, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

C.    MARTINEZ-BOTELLO, Mario – (black) Motorola Boost Mobile cellular telephone
      bearing cellular telephone number (559) 286-2887, Model: i855 with serial number:
      364VHY78XN, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

D.    TOLEDO, Armando – (silver) Sony-Ericsson "AT&T" cellular telephone bearing cellular
      telephone number (559) 393-9015, with serial number: BD3300X3W7. (Subscriber
      information not currently available.)

E.    LOPEZ-ESTRADA, Javier – (black) Motorola Boost Mobile cellular telephone bearing
      telephone number (209) 495-3523, Model: i465 with serial number: 364VKQV2NY,
      subscribed to Javier ESTRADA.

F.    Unknown subscriber/telephone number – (silver/red) Sony-Ericsson "Cybershot" cellular
      telephone, with serial number: BX900LJLFS.

G.    Unknown subscriber/telephone number – (grey/silver) Blackberry "AT&T" cellular
      telephone, with IMEI: 351961022783862.

## **BACKGROUND OF INVESTIGATION**

3.    The information contained within this affidavit is based upon information I have gained
from my investigation, my personal observations, my training and experience, and/or information
and reports related to me by other law enforcement officers and/or agents involved in this
investigation. Since this affidavit is being submitted for the limited purpose of securing a search

---

54988, Irvine, CA is the default address for Boost Mobile.

have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 21, namely, possession with intent to distribute methamphetamine and conspiracy, in violation of Title 21, United States Code, Sections 841 (a) (1), 841 (b) (1) (a) and 846, are located within the above-described cellular telephones.

4.      On May 12, 2010, Selma Police Detectives Rene Garza and Fresno County Sheriff's Office Deputy John Martinez, both of whom are assigned to the Fresno County Narcotics Enforcement Team (FCNET), made a telephone call to 559-898-8520 and Detective Garza, acting in an undercover capacity, made contact with an individual, who identified himself as Mario (PENALOZA). Detective Garza and PENALOZA discussed drug transactions in which PENALOZA would provide Detective Garza with multi-pound quantities of methamphetamine. PENALOZA agreed to meet Detective Garza at a later date to negotiate a multi-pound methamphetamine transaction.

5.      On May 18, 2010, at approximately 3:08 p.m., Detectives Garza and Patricia Varela, acting in an undercover capacity, contacted PENALOZA at 559-898-8520, the phone number associated with PENALOZA's Motorola Boost mobile phone identified above. PENALOZA agreed to meet them at the McDonald's Restaurant located near Olive Ave. and Highway 99 in Fresno, CA, to negotiate a multi-pound methamphetamine transaction. At approximately 3:33 p.m., PENALOZA arrived for the meeting in a white 2002 Jeep Cherokee with California license plate: 6LAZ423 (R/O: Antonio LOSANO at 5681 Franklin Blvd., Sacramento, CA) and parked near the vehicle of Detectives Garza and Varela. PENALOZA was accompanied by two male passengers. During the meeting, PENALOZA mentioned he could supply Detective Garza with two different qualities of methamphetamine and agreed to supply Detective Garza with the better

3

quality methamphetamine for $13,000 per pound if Detective Garza purchased two or more pounds. Prior to his departure, PENALOZA gave Detective Garza a sample of approximately 1/8 ounce of the better quality methamphetamine. PENALOZA agreed with Detectives Garza and Varela to complete the transaction in the near future and, after departing, surveillance units followed PENALOZA to Memo's Tire Shop located at 13069 E. Manning Ave., Parlier, CA, and, shortly thereafter, to 674 N. Birch St., Reedley, where agents saw PENALOZA and his passengers enter the backyard via the driveway. PENALOZA later departed and was contacted by law enforcement during a traffic stop and verbally identified himself as Mario PENALOZA with date of birth: 06-07-1988, and claimed to live at Villa Escondido Apartments, Apartment 102, in Orange Cove, CA. Later, agents saw PENALOZA travel to a ranch house located at 8590 S. Englehart Ave., Reedley, CA. The sample of suspected methamphetamine provided by PENALOZA tested positive for methamphetamine in a presumptive field test.

6.     On May 20, 2010, at approximately 3:11 p.m. Detectives Garza and Varela again contacted PENALOZA via telephone at 559-898-8520. PENALOZA agreed to meet at El Mexicano Restaurant located at Manning Ave. and Highway 99 in Fowler, CA, to further negotiate a multi-pound methamphetamine transaction. At approximately 3:45 p.m., PENALOZA arrived driving the same white Jeep Cherokee with license plate: 6LAZ423 and parked next to the vehicle occupied by Detectives Garza and Varela. Detectives Garza and Varela contacted PENALOZA inside the restaurant and again discussed the pricing and quality of methamphetamine PENALOZA was willing to provide. Prior to departing, Detectives Garza and Varela "flashed" or showed $50,000 in cash to PENALOZA to demonstrate they were ready and planned to complete the transaction in the near future. PENALOZA told Detectives Garza and

4

Varela he could do the transaction whenever they wanted and PENALOZA would need a few hours to get the methamphetamine from whenever they called to complete the transaction. Detectives Garza and Varela agreed to complete the transaction in the near future. Following the meeting and the departure of Detectives Garza and Varela, surveillance units followed PENALOZA to 674 N. Birch St., Reedley, CA. PENALOZA was later observed with a Hispanic male passenger in his Jeep and they were followed by surveillance units to Villa Escondido Apartments, located at 1555 Tangerine Dr., Orange Cove, CA, where agents saw both men enter Apartment 402. A short time later, PENALOZA and the passenger left in the Jeep and returned to 674 N. Birch St., Reedley. PENALOZA was later followed to 8590 S. Englehart Ave., Reedley, where surveillance agents saw him drive along the driveway to the back of the house.

7.    On May 26, 2010, at approximately 7:15 a.m., Detective Garza contacted PENALOZA at 559-898-8520 and PENALOZA agreed to provide Detectives Garza and Varela with 5 pounds of crystal methamphetamine later in the day. PENALOZA agreed to wait for a telephone call from Detectives Garza and Varela to meet and complete the transaction. At approximately 2:00 p.m., Detective Garza again contacted PENALOZA who agreed to meet and complete the methamphetamine transaction at El Mexicano Restaurant located at Manning Ave. and Highway 99 in Fowler, CA. PENALOZA explained he had 5 pounds of methamphetamine concealed in a tire and would meet Detectives Garza and Varela in approximately fifteen minutes to complete the transaction. PENALOZA further stated he already had his people at the restaurant with the methamphetamine. At approximately 2:10 p.m., Detectives Garza and Varela arrived and parked on the east side of the El Mexicano Restaurant parking lot. Two males, standing next to a light-colored 2002 Cadillac Escalade with license plate: 5HHX413 (R/O: Javier LOPEZ/Maria

5

PLASCENCIA at 1017 East D St., Oakdale, CA), watched as Detectives Garza and Varela arrived. The two males were later identified as Javier LOPEZ-ESTRADA and Mario MARTINEZ-BOTELLO. LOPEZ-ESTRADA and MARTINEZ-BOTELLO stared at Detectives Garza and Varela as they walked past their vehicle and into the restaurant. Detectives Garza and Varela saw LOPEZ-ESTRADA and MARTINEZ-BOTELLO meet with another man inside the restaurant later identified as Jesus MENDOZA, aka Jesus BUCIO-MENDOZA. The three men met next to a table in the northeast corner of the restaurant and all three kept watching Detectives Garza and Varela from inside the restaurant. Parked next to the driver's side of the detectives' vehicle was a white-colored 1999 Volkswagen car with license plate: 6KIN593 (R/O: Sergio ZARATE at 4215 E. Lyell Ave., Fresno, CA), which was later identified as the vehicle in which Jesus MENDOZA and MARTINEZ-BOTELLO had arrived. Also in the parking lot was the previously mentioned light-colored Cadillac Escalade with license plate: 5HHX413, which was later identified as the vehicle driven by LOPEZ-ESTRADA. At approximately 2:21 p.m., PENALOZA arrived driving the previously identified white-colored Jeep Cherokee with license plate: 6LAZ423 and parked next to the vehicle driven by Detectives Garza and Varela. Prior to his arrival, surveillance agents observed an individual later identified as Armando TOLEDO exit PENALOZA's vehicle next to the Shell gas station located on the west side of the restaurant. After his arrival, PENALOZA contacted Detectives Garza and Varela. PENALOZA said the methamphetamine was in the Cadillac Escalade and pointed to the vehicle. PENALOZA then said he would return shortly, because he had to retrieve the keys from inside the restaurant. Detectives Garza and Varela saw PENALOZA walk inside the restaurant and go directly to LOPEZ-ESTRADA, MARTINEZ-BOTELLO, and MENDOZA. The three men had been

6

watching the interaction between Detectives Garza and Varela and PENALOZA. Approximately
2 minutes later, PENALOZA returned and directed Detectives Garza and Varela to the driver's
side rear passenger door of the Escalade and showed them a Superman backpack which
contained 5 packages with clear plastic wrapping which PENALOZA alleged was 4.5 pounds of
methamphetamine. PENALOZA then told Detectives Garza and Varela he had another half
pound of methamphetamine in his Jeep for a total of 5 pounds. Detectives Garza and Varela
walked away as FCNET detectives arrested PENALOZA without incident after a brief escape
attempt. LOPEZ-ESTRADA, MARTINEZ-BOTELLO, and MENDOZA were arrested by
detectives inside the restaurant without incident. TOLEDO was arrested by detectives at the
Shell gas station without incident. In addition to the approximate 4.5 pounds of suspected
methamphetamine inside the Superman backpack provided by PENALOZA, detectives located
an additional approximate half pound of suspected methamphetamine inside the center console of
PENALOZA's Jeep.

8.     FCNET detectives conducted thorough searches of the 5 men arrested. They also
searched PENALOZA's Jeep, MENDOZA's Volkswagen, and LOPEZ-ESTRADA's Cadillac.
The following items were seized:  (1) Superman backpack containing five packages wrapped in
clear plastic (suspected methamphetamine) seized from the back seat of the Cadillac Escalade,
(2) package wrapped in clear plastic (suspected methamphetamine) seized from the center
console of the Jeep, (3) Ruger .357 revolver concealed in cup holder void of the Escalade (not
loaded), (4) Motorola-Boost mobile cell phone seized from PENALOZA, (5) Motorola-Boost
mobile cell phone seized from MENDOZA, (6) Motorola-Boost mobile cell phone seized from
MARTINEZ-BOTELLO, (7) AT&T-Sony Ericson mobile cell phone seized from TOLEDO, (8)

7

Motorola I465 cell phone seized from LOPEZ-ESTRADA, and (9) Winchester rounds of ammunition for .357, seized from the center console of the Escalade.

9.      In a post-Miranda statement, PENALOZA stated he had gone to El Mexicano Restaurant to sell one pound of crystal methamphetamine for $13,000 to someone named Mario. PENALOZA said he dropped off TOLEDO at the Shell gas station, because TOLEDO didn't know that he came to sell methamphetamine. Yet, when questioned if the other people (those detained) actively participated in the delivery of the narcotics or as lookouts during the delivery, PENALOZA, grinning broadly, stated, "You knew what we were doing."

10.     Later on May 26, 2010, FCNET detectives served a California state search warrant at the known residence of PENALOZA located at 1555 Tangerine Dr., Apt. 402, Orange Cove, California. At the residence, FCSD detectives were met by Jessica Madrigal (holding a baby) and Cynthia Madrigal. The women told detectives that J. Madrigal is the girlfriend of PENALOZA and C. Madrigal is her sister and both resided at the apartment with PENALOZA and the baby. The women directed detectives to the north bedroom where they said "Mario" (PENALOZA) slept alone and they were not allowed in the bedroom. The women also said they both slept in the master bedroom along with the baby. Both women also told detectives they did not believe there was any contraband in their residence. During a search of PENALOZA's bedroom (north bedroom), FCSD detectives located approximately 2.5 pounds of suspected methamphetamine (which tested positive for methamphetamine in a presumptive field test), divided into four clear plastic baggies hidden in a speaker, a Strum-Ruger .357 revolver handgun (with a speed loader) found in a cardboard box, an SKS assault rifle (with an empty 30 round magazine) found in a guitar case, a box containing 7.62X39mm live ammunition (20 rounds), a

8

digital scale located on a dresser, eleven loose rounds of 7.62X39mm live ammunition, and a

Blackberry cellular telephone. In the south bedroom of the apartment, detectives found a Sony

Cybershot cellular telephone located in the medicine cabinet. Detectives also found a receipt in

the name of Mario PENALOZA located on the kitchen counter. Additionally, J. Madrigal

provided a statement to FCSD detectives and said she had been engaged in a dating relationship

with PENALOZA for approximately four weeks and they (J. Madrigal and PENALOZA) had

lived in the apartment (1555 Tangerine Dr., Apt. 402, Orange Cove, CA) with her sister, C.

Madrigal, and C. Madrigal's baby for the past two to three weeks. J. Madrigal said, when she

started dating PENALOZA, she suspected he was selling drugs and it was not until they started

living together that she knew for sure he was selling drugs. J. Madrigal also said she knew

PENALOZA had left earlier in the day to sell drugs but didn't know where the deal was going to

take place. J. Madrigal also stated she was aware that the rifle and handgun found by detectives

during the search were in the residence. J. Madrigal further stated she knew PENALOZA kept

the rifle in a guitar case in his room. J. Madrigal was adamant that she was not aware of the

suspected methamphetamine found in PENALOZA's bedroom by detectives during the search

and repeated that she was not allowed in PENALOZA's room. J. Madrigal also explained that,

although she and PENALOZA are dating, they do not sleep in the same room and she sleeps in

the master bedroom with her sister, C. Madrigal, and her baby. J. Madrigal also explained that

PENALOZA pays her half of the rent for the apartment. Following the statement by J. Madrigal,

detectives returned to PENALOZA's bedroom (north bedroom) and noticed there was no

women's clothing or toiletries that might commonly be found in a shared couple's room. In the

master bedroom, detectives found a bed and a baby crib, along with women's clothing

9

throughout the bedroom and closet, which led detectives to believe J. Madrigal had been truthful

in her statement regarding the living arrangement. C. Madrigal gave a separate statement to

detectives and said she had lived at the apartment with J. Madrigal (her sister) and PENALOZA

(J. Madrigal's boyfriend) for the past few weeks. C. Madrigal suspected PENALOZA was

selling drugs but was not sure. She also said J. Madrigal would probably be able to provide more

details regarding PENALOZA's activities as they had been dating. C. Madrigal said she was not

aware of the suspected methamphetamine located in the north bedroom during the search. C.

Madrigal further stated she was the only person on the lease agreement for the apartment, which

was confirmed by the apartment manager. C. Madrigal further said PENALOZA paid half of the

rent. C. Madrigal told detectives she was aware of the weapons in the apartment and showed

detectives her Blackberry cellular telephone which contained a video recording of PENALOZA

in the apartment manipulating a rifle that appears to be the same rifle located by detectives in

PENALOZA's bedroom during the search. C. Madrigal stated that she did not make the

recording of PENALOZA with the rifle but her cellular telephone was used to make the

recording. C. Madrigal also showed detectives an image of PENALOZA with the same rifle

saved in her cellular telephone. C. Madrigal willingly provided FCSD detectives with her

cellular telephone (and charger) so the data could be downloaded. Also, detectives asked J.

Madrigal and C. Madrigal separately if either of them knew Armando TOLEDO and both women

said TOLEDO was a friend of PENALOZA and had frequented their apartment. C. Madrigal

said she also had video footage of TOLEDO in her cellular telephone. In a post-<u>Miranda</u>

statement by PENALOZA, he said the methamphetamine found in the apartment was no good

and that someone from Mexico had delivered it. PENALOZA would not say who brought it

10

from Mexico but admitted he owned the firearms found in his apartment.

11.     Based upon the foregoing, a grand jury sitting in Fresno returned an indictment charging

Mario PENALOZA, Javier LOPEZ-ESTRADA, aka Jose Esquivel-Torres, Mario MARTINEZ-

BOTELLO, Jesus BUCIO-MENDOZA, and Armando TOLEDO with Unlawfully Conspiring to

Distribute and to Possess with Intent to Distribute Methamphetamine beginning at a time

unknown, but no later than on or about May 12, 2010, and continuing to on or about May 26,

2010, Distributing Methamphetamine, Possessing Methamphetamine with Intent to Distribute,

Being an Alien in Possession of a Firearm,  in violation of Title 21, United States Code, Sections

841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 922(g)(5).

PENALOZA was also charged individually with Being an Alien in Possession of the firearms

and ammunition and the Unlawful Possession of a Firearm Not Identified by Serial Number, in

violation of Title 26, United States Code Sections, 5842, 5861(i), and 5871 -- charges relating to

the firearms seized from his residence.  Each of the defendants was also charged with various

immigration offenses relating to their status in this country.

12.     Based on my training and experience, I know that drug traffickers frequently use cellular

telephones to communicate and discuss illegal activity.  Based on my training and experience, I

also know that drug dealers frequently store contact information relating to their drug trafficking

associates in their cellular telephones. For example, I know that on June 2, 2010, an individual

by the name of Oliver Medina-Cruz was arrested in Las Vegas in connection with a 4.5 crystal

methamphetamine transaction.  In his cellular telephone was stored the number for

PENALOZA's phone described herein bearing the number (559) 898-8520.  The number

11

assigned to Medina-Cruz's phone was (714) 657-0888. Based on my training and experience, I know that cellular telephones are commonly referred to as tools of the drug trade. Based on my training and experience, I also know that drug dealers occasionally place or utilize cellular phones in the names of others to avoid detection and frequently decline to use their own address when signing up for phone service, often use the service provider's default address. I further know that cellular telephones equipped with cameras or video recorders are often used by drug dealers to memorialize drug trafficking activity, such as the video of PENALOZA discussed in paragraph 10 above. I also know based on my training and experience that drug traffickers often use firearms to protect themselves and their contraband. I also know that cellular telephones, in particular the cellular telephones described in Attachment A and in paragraph 2 above, retain information as to the most recent numbers dialed, time of certain missed calls, caller ID information from recent incoming calls, voicemail and text messages. Additionally, I know that users of cellular telephones keep contact information stored in telephone book functions of the phone. This information is relevant to identifying associates and other co-conspirators.

13.     Based on the foregoing, I respectfully request that a search warrant be issued authorizing the Drug Enforcement Administration, with appropriate assistance from other law enforcement officers, to search the above-described cellular telephones and seize the items as set forth above and in Attachment B, all of which constitute evidence, fruits or instrumentalities of the aforementioned crime(s).

Anthony R. Ward,
Special Agent, DEA

12

SWORN TO BEFORE ME, AND SUBSCRIBED
IN MY PRESENCE THIS 2/ DAY OF
SEPTEMBER, 2010

DENNIS L. BECK
U.S. Magistrate Judge

13



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of | **SEARCH WARRANT** |
|---|---|
| the following DEA Exhibits: | |
| | **CASE NUMBER**: |
| Cellular telephones more fully described in Attachment A, attached hereto and incorporated herein by reference | 1: 1 0 SW 0 0 0 2 3 6   DLB |

**TO:** DEA Special Agent Anthony Ward  **and any Authorized Officer of the United States**

An affidavit has been made before me by DEA Special Agent Anthony Ward  who has reason to believe

that ☐ on the person of or ✗ on the property or premises known as:

SEE ATTACHMENT A, attached hereto and incorporated herein by reference,
in the Eastern District of California there is now concealed certain property, namely

SEE ATTACHMENT B, attached hereto and incorporated herein by reference.
I am satisfied that the affidavit establishes probable cause to believe that the property so described
contains evidence of the crimes so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search the above-referenced cellular telephones on or before_____
___12/21/10_____(not to exceed (90) days), executing this warrant and making the search at
any time in the day or night as I find reasonable cause has been established, since the above-
referenced cellular telephones  were already seized pursuant to the arrest of co-conspirators in this
investigation and are currently in law enforcement custody, and if the items described in Attachment B
be found there to seize same and prepare a written inventory of the items seized and promptly return
this warrant to the **U.S. Magistrate Judge**, as required by law.

YOU ARE FURTHER COMMANDED that the warrant, together with a copy of the inventory, will be filed
promptly upon completion of the search and examination of the above referenced cellular telephones.

9/21/10 @ 12 45 pm | at  Fresno  California
Date and Time Issued | City and State
Dennis L. Beck, U.S. Magistrate Judge | Signature of Judicial Officer
Name & Title of Judicial Officer |

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

Subscribed, sworn to, and returned before me this date.

**U.S. Judge or Magistrate**          **Date**

## ATTACHMENT A

The following cellular telephones seized from the individual and/or individual's residence identified below:

A.  PENALOZA, Mario – (silver/black) Motorola Boost Mobile cellular telephone bearing

cellular telephone number (559) 898-8520, Model: i856 with serial number:

364VKW4D60, subscribed to Mario PENALOZA, P.O. Box 54988, Irvine, CA.1

B.  BUCIO-MENDOZA, Jesus – (silver/black) Motorola Boost Mobile cellular telephone

bearing cellular telephone number (559) 286-2898, Model: i856 with serial number:

364VKY7FR3, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

C.  MARTINEZ-BOTELLO, Mario – (black) Motorola Boost Mobile cellular telephone

bearing cellular telephone number (559) 286-2887, Model: i855 with serial number:

364VHY78XN, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

D.  TOLEDO, Armando – (silver) Sony-Ericsson "AT&T" cellular telephone bearing cellular

telephone number (559) 393-9015, with serial number: BD3300X3W7. (Subscriber

information not currently available.)

E.  LOPEZ-ESTRADA, Javier – (black) Motorola Boost Mobile cellular telephone bearing

telephone number (209) 495-3523, Model: i465 with serial number: 364VKQV2NY,

subscribed to Javier ESTRADA.

F.  Unknown subscriber/telephone number – (silver/red) Sony-Ericsson "Cybershot" cellular

---

1 Pertinent subscriber information and cellular telephone numbers assigned to the cellular telephones described herein are derived from subpoenaed business records from the applicable service provider for the time frame of May 3, 2010, to June 2, 2010, which encompasses the dates of the charged drug conspiracy, i.e., beginning at a time unknown to no later than May 12, 2010, and continuing to on or about May 26, 2010. The address of P.O. Box 54988, Irvine, CA is the default address for Boost Mobile.

telephone, with serial number: BX900LJLFS

G.      Unknown subscriber/telephone number – (grey/silver) Blackberry "AT&T" cellular

telephone, with IMEI: 351961022783862.

All of which were seized pursuant to the arrests of Mario PENALOZA, Jesus BUCIO-
MENDOZA, Mario MARTINEZ-BOTELLO, Armando TOLEDO, Javier LOPEZ-ESTRADA
and the service of a California state search warrant on PENALOZA's residence on May 26, 2010.

The foregoing items are currently in the custody of the Fresno Resident Office of the Drug
Enforcement Administration where they were booked into evidence following their seizure in
this case.

## **ATTACHMENT B**

Evidence of narcotics trafficking, including, but not limited to, information tending to establish and document the existence of distribution of methamphetamine, possession with intent to distribute methamphetamine, and a conspiracy between Mario PENALOZA, Jesus BUCIO-MENDOZA, Mario MARTINEZ-BOTELLO, Armando TOLEDO, Javier LOPEZ-ESTRADA, and other co-conspirators, not yet known, to distribute and to possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841 (a) (1) and 846, beginning no later than on or about May 12, 2010, and continuing to on or about May 26, 2010, including, but not limited to:

1. Any and all available information of the most recent numbers, including, but not limited to, the number (714) 657-0888, the number assigned to the phone of Oliver Medina-Cruz discussed in the affidavit, dialed between the above time frame, including, but not limited to, the date and time of the call, which tends to show the above described conspiracy.

2. Any and all available caller ID information from incoming calls between the above time frame, including, but not limited to, the date and time of any call, which tends to show the above described conspiracy.

3. Any and all available voice mail messages between the above time frame, including, but not limited to, the date and time of the call, which tends to show the above described conspiracy.

4. Any and all available text messages and/or instant messaging between the above time frame, including, but not limited to, the date and time of the call, which tends to show

the above described conspiracy.

5. Any and all available telephone numbers and information stored as part of an electronic telephone book, including, but not limited to, the number (714) 657-0888, the number assigned to the phone of Oliver Medina-Cruz discussed in the affidavit, which tends to show the above described conspiracy.

6. Any and all available photographs and/or videos saved on the telephones which depict the charged co-conspirators, an association between co-conspirators, charged and uncharged, controlled substances, stash houses, scales, currency, firearms, and other evidence of drug trafficking.

7. The mobile directory numbers (MDN) or telephone numbers assigned to the cellular telephones seized and identified in Attachment A.