
SEALED


ISSUED

# UNITED STATES DISTRICT COURT

FILED

NOV 29 2010

EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

| In the Matter of the Search of the following DEA Exhibits: | **SEARCH WARRANT** |
|---|---|
| Cellular telephones more fully described in Attachment A, attached hereto and incorporated herein by reference | **CASE NUMBER:** 1:10 SW 00236 DLB |

TO: DEA Special Agent Anthony Ward  and any Authorized Officer of the United States

An affidavit has been made before me by DEA Special Agent Anthony Ward  who has reason to believe that ☐ on the person of or ☒ on the property or premises known as:

SEE ATTACHMENT A, attached hereto and incorporated herein by reference,

in the Eastern District of California there is now concealed certain property, namely

SEE ATTACHMENT B, attached hereto and incorporated herein by reference.

I am satisfied that the affidavit establishes probable cause to believe that the property so described contains evidence of the crimes so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search the above-referenced cellular telephones on or before 12/21/10 (not to exceed (90) days), executing this warrant and making the search at any time in the day or night as I find reasonable cause has been established, since the above-referenced cellular telephones were already seized pursuant to the arrest of co-conspirators in this investigation and are currently in law enforcement custody, and if the items described in Attachment B be found there to seize same and prepare a written inventory of the items seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

YOU ARE FURTHER COMMANDED that the warrant, together with a copy of the inventory, will be filed promptly upon completion of the search and examination of the above referenced cellular telephones.

9/21/10 @ 12:45 pm                     at   Fresno, California
Date and Time Issued                         City and State
Dennis L. Beck, U.S. Magistrate Judge
Name & Title of Judicial Officer             Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>09/21/10 | DATE AND TIME WARRANT EXECUTED<br>10/26/10  2:00p | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>TO BE PROVIDED TO DEFENSE ATTORNEY |
| INVENTORY MADE IN THE PRESENCE OF<br>DEA - SPECIAL AGENT BRENT COUP | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT - SEE ATTACHED | | |
| CERTIFICATION | | |
| I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant<br><br>_____ J R W _____<br><br>Subscribed, sworn to, and returned before me this date.<br><br>_____ /s/ _____       11/29/10<br>U.S. Judge or Magistrate          Date<br>S M SNYDER | | |

## ATTACHMENT A

The following cellular telephones seized from the individual and/or individual's residence identified below:

A. PENALOZA, Mario – (silver/black) Motorola Boost Mobile cellular telephone bearing cellular telephone number (559) 898-8520, Model: i856 with serial number: 364VKW4D60, subscribed to Mario PENALOZA, P.O. Box 54988, Irvine, CA.[1]

B. BUCIO-MENDOZA, Jesus – (silver/black) Motorola Boost Mobile cellular telephone bearing cellular telephone number (559) 286-2898, Model: i856 with serial number: 364VKY7FR3, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

C. MARTINEZ-BOTELLO, Mario – (black) Motorola Boost Mobile cellular telephone bearing cellular telephone number (559) 286-2887, Model: i855 with serial number: 364VHY78XN, subscribed to Javier TORREZ, P.O. Box 54988, Irvine, CA.

D. TOLEDO, Armando – (silver) Sony-Ericsson "AT&T" cellular telephone bearing cellular telephone number (559) 393-9015, with serial number: BD3300X3W7. (Subscriber information not currently available.)

E. LOPEZ-ESTRADA, Javier – (black) Motorola Boost Mobile cellular telephone bearing telephone number (209) 495-3523, Model: i465 with serial number: 364VKQV2NY, subscribed to Javier ESTRADA.

F. Unknown subscriber/telephone number – (silver/red) Sony-Ericsson "Cybershot" cellular

---

[1] Pertinent subscriber information and cellular telephone numbers assigned to the cellular telephones described herein are derived from subpoenaed business records from the applicable service provider for the time frame of May 3, 2010, to June 2, 2010, which encompasses the dates of the charged drug conspiracy, i.e., beginning at a time unknown to no later than May 12, 2010, and continuing to on or about May 26, 2010. The address of P.O. Box 54988, Irvine, CA is the default address for Boost Mobile.

telephone, with serial number: BX900LJLFS

G. Unknown subscriber/telephone number – (grey/silver) Blackberry "AT&T" cellular telephone, with IMEI: 351961022783862.

All of which were seized pursuant to the arrests of Mario PENALOZA, Jesus BUCIO-MENDOZA, Mario MARTINEZ-BOTELLO, Armando TOLEDO, Javier LOPEZ-ESTRADA and the service of a California state search warrant on PENALOZA's residence on May 26, 2010.

The foregoing items are currently in the custody of the Fresno Resident Office of the Drug Enforcement Administration where they were booked into evidence following their seizure in this case.

**ATTACHMENT B**

Evidence of narcotics trafficking, including, but not limited to, information tending to establish and document the existence of distribution of methamphetamine, possession with intent to distribute methamphetamine, and a conspiracy between Mario PENALOZA, Jesus BUCIO-MENDOZA, Mario MARTINEZ-BOTELLO, Armando TOLEDO, Javier LOPEZ-ESTRADA, and other co-conspirators, not yet known, to distribute and to possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841 (a) (1) and 846, beginning no later than on or about May 12, 2010, and continuing to on or about May 26, 2010, including, but not limited to:

1. Any and all available information of the most recent numbers, including, but not limited to, the number (714) 657-0888, the number assigned to the phone of Oliver Medina-Cruz discussed in the affidavit, dialed between the above time frame, including, but not limited to, the date and time of the call, which tends to show the above described conspiracy.

2. Any and all available caller ID information from incoming calls between the above time frame, including, but not limited to, the date and time of any call, which tends to show the above described conspiracy.

3. Any and all available voice mail messages between the above time frame, including, but not limited to, the date and time of the call, which tends to show the above described conspiracy.

4. Any and all available text messages and/or instant messaging between the above time frame, including, but not limited to, the date and time of the call, which tends to show

the above described conspiracy.

5. Any and all available telephone numbers and information stored as part of an electronic telephone book, including, but not limited to, the number (714) 657-0888, the number assigned to the phone of Oliver Medina-Cruz discussed in the affidavit, which tends to show the above described conspiracy.

6. Any and all available photographs and/or videos saved on the telephones which depict the charged co-conspirators, an association between co-conspirators, charged and uncharged, controlled substances, stash houses, scales, currency, firearms, and other evidence of drug trafficking.

7. The mobile directory numbers (MDN) or telephone numbers assigned to the cellular telephones seized and identified in Attachment A.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:10SW000236 DLB | Date and time warrant executed: 10/26/10 - 2:00 PM | Copy of warrant and inventory left with: Provided to attorney |

Inventory made in the presence of:
DEA Special Agent Brent Coup

Inventory of the property taken and name of any person(s) seized:

Data downloaded from cellular telephones named in Attachment A (except for Blackberry AT&T cellular telephone which was inoperable and not searched) including but not limited to: phone directories, recent calls, contacts, videos, photographs, and text messages.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned with the original warrant to the designated judge.

Date: 11-29-10

*Executing officer's signature*

Anthony R. Ward, Special Agent - DEA
*Printed name and title*

11/29/10

SMSNYDER
U.S. Magistrate Judge